**Criminal Case Cover Sheet**                                              **U.S. District Court - District of Massachusetts**

**Place of Offense:**        Category No.  **II**         Investigating Agency  **FBI**

**City**  Watertown          **Related Case Information:**

**County**  Middlesex        Superseding Ind./ Inf. _____   Case No. _____
                             Same Defendant _____   New Defendant _____
                             Magistrate Judge Case Number  22-MJ-4081-DHH
                             Search Warrant Case Number _____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Ariel Legassa                    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address  (City & State)  Burlington, CT

Birth date (Yr only):  1972   SSN (last4#):  0492   Sex  M   Race: _____   Nationality: _____

**Defense Counsel if known:**  Peter Parker             Address  Boston, MA

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Benjamin A. Saltzman            Bar Number if applicable  683169

**Interpreter:**  ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date**  02/02/2022

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:  Hon. Robert Richardson (D. CT)  on  02/02/2022

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty ——   ☐ Misdemeanor ——   ☑ Felony  10

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  02/10/2022          Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Ariel Legassa

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1341 | Mail Fraud | 1 |
| Set 2 | 18 U.S.C. § 1341 | Mail Fraud | 2 |
| Set 3 | 18 U.S.C. § 1341 | Mail Fraud | 3 |
| Set 4 | 18 U.S.C. § 1341 | Mail Fraud | 4 |
| Set 5 | 18 U.S.C. § 1341 | Mail Fraud | 5 |
| Set 6 | 18 U.S.C. § 1341 | Mail Fraud | 6 |
| Set 7 | 18 U.S.C. § 1341 | Mail Fraud | 7 |
| Set 8 | 18 U.S.C. § 1957 | Money Laundering | 8 |
| Set 9 | 18 U.S.C. § 1957 | Money Laundering | 9 |
| Set 10 | 18 U.S.C. § 1957 | Money Laundering | 10 |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____