UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)  Criminal No. 22-10038-IT<br>ARIEL LEGASSA, )<br>)<br>)<br>Defendant )<br>)<br>_____ ) | |

### REPORT IN LIEU OF INITIAL STATUS CONFERENCE
### PURSUANT TO LOCAL RULE 116.5(a)

April 11, 2022

Hennessy, M.J.

Defendant is charged in an indictment with seven counts of Mail Fraud, in violation of 18 U.S.C. § 1341, and three counts of Money Laundering, in violation of 18 U.S.C. § 1957. Defendant was arraigned on February 22, 2022, by videoconference. I scheduled an initial status conference for April 12, 2022. However, prior to the conference the parties submitted a joint memorandum which obviates the need for the conference. The April 12 conference is canceled and I report as follows:

**Local Rule 116.5(a)(1) through (4)**

The United States reports that it produced automatic discovery on March 21, 2022. There are no pending discovery requests. Defendant needs additional time to review discovery to determine whether to serve discovery requests. The Court has not issued a protective order; the parties reserve the right to seek such an order.

**Local Rule 116.5(a)(5)**

Defendant is directed to report at the Interim Status Conference whether, based on a review of discovery, he will file pretrial motions pursuant to Fed. R. Crim. P. 12(b).

**Local Rule 116.5(a)(6)**

The parties propose that the Government's expert disclosures, if any, be due twenty-one (21) days before trial, with Defendant reserving the right to request earlier expert disclosures. The parties also propose that Defendant's expert disclosures, if any, be due fourteen (14) days before trial. I adopt these proposals.

**Local Rule 116.5(a)(7)**

The Court has excluded the period from February 22, 2022 (the date of Defendant's arraignment), through April 12, 2022 (the date of the Initial Status Conference). The parties further agree that the period from April 12, 2022 through the Interim Status Conference that I have set for Friday, June 10, 2022 should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order. It appears that four days (from the filing of the indictment on February 17 to the February 22 arraignment) are chargeable against the statutory speedy trial clock. See Order of Excludable Delay entered on this date.

**Local Rule 116.5(a)(8)**

An Interim Status Conference will take place in this case on Friday, June 10, 2022 at 9:30 a.m., in Courtroom #1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts. If the parties file a joint memorandum that addresses Local Rule 116.5(b) which obviates the need for the status conference, the Court will waive the status conference. Counsel are encouraged to appear by telephone if that is more convenient. If any counsel wishes to appear

by telephone, counsel is to contact my Courtroom Clerk Dawn King, (508.929.9905 or Dawn_King@mad.uscourts.gov) before the conference and provide a landline telephone number at which counsel can be reached.

    / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge