UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                                   Case No. 22-CR-10038-IT

ARIEL LEGASSA

## JOINT INTERIM STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties hereby file the following joint interim status report prepared in connection with the interim status conference scheduled for June 10, 2022.

(1)     Automatic Discovery/Pending Discovery Requests

The Government provided automatic discovery on March 21, 2022.  The government provided supplemental discovery on April 20, 2022.

(2)     Additional Discovery

The government will provide additional discovery materials if and when any become available.  The defendant has not yet determined whether he will be filing discovery motions.

(3)     Timing of Additional Discovery Requests

With its March 21 production, the Government requested reciprocal discovery from the Defendant.  The Defendant needs more time to review the discovery and evaluate the need for any additional requests.

(4)     Protective Orders

At this time, there is no protective order in this case.

(5)     Pretrial Motions

It is premature to decide whether the Defendant will file any pretrial motions under Fed. R. Crim. P. 12(b).

(6)     <u>Expert Discovery</u>

The Government agrees to provide any expert witness disclosures 21 days prior to trial.
The Defendant reserves the right to request earlier expert disclosure by the Government. The
Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)     <u>Speedy Trial Act</u>

All of the time has been excluded from the defendant's arraignment on February 22, 2022
through the interim status conference on June 10, 2022.  The parties request that the time
be excluded until the final status conference.

(8)     <u>Next Status Conference</u>

Because there are no issues presently in dispute, the parties jointly request that the Court
cancel the presently scheduled interim status conference scheduled for June 10, 2022 in
lieu of this Joint Report.  The parties request that the Court schedule a final Status
Conference in approximately 45 days.  The parties jointly believe that this will allow the
Defendant time to review the discovery produced to date and determine whether there are
any discovery or other matters to bring to the Court's attention.  Further, this extension will
allow the parties time to consider a resolution short of trial.

Respectfully submitted,

| ARIEL LEGASSA | UNITED STATES OF AMERICA, |
|---|---|
| By his attorney, | By its attorney, |
| | RACHAEL S. ROLLINS<br>United States Attorney |
| /s/ E. Peter Parker<br>E. Peter Parker<br>Law Office of E. Peter Parker<br>The Wheelhouse at Bradford Mill<br>33 Bradford St.<br>Concord, MA 01742<br>peter@parkerslaw.com<br>617-642-7099 | /s/ Benjamin Saltzman<br>Benjamin A. Saltzman<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Benjamin.Saltzman2@usdoj.gov<br>617.748.3100 |

Dated: June 1, 2022

**<u>CERTIFICATE OF SERVICE</u>**

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Benjamin Saltzman*
Benjamin A. Saltzman
Assistant United States Attorney

Dated: June 1, 2022