UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ARIEL LEGASSA | Case No. 22-CR-10038-IT |

## SECOND JOINT INTERIM STATUS REPORT

Pursuant to Local Rule 116.5(b), the parties hereby file the following Second Interim status report prepared in connection with the final status conference scheduled for July 26, 2022. As detailed below, the parties request that the Court postpone the final status conference by 45 days.

(1)     Automatic Discovery/Pending Discovery Requests

The Government provided automatic discovery in two productions, on March 21, 2022 and April 20, 2022.

(2)     Additional Discovery

The government will provide additional discovery materials if and when any become available. The defendant has not yet determined whether he will be filing discovery motions.

(3)     Timing of Additional Discovery Requests

With its March 21 production, the Government requested reciprocal discovery from the Defendant. The Defendant needs more time to review the discovery and evaluate the need for any additional requests. The Defendant agrees to file any discovery-related motion by July 29, 2022.

(4)     Protective Orders

At this time, there is no protective order in this case.

(5)     Pretrial Motions

It is premature to decide whether the Defendant will file any pretrial motions under Fed. R. Crim. P. 12(b).

(6) <u>Expert Discovery</u>

The Government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant reserves the right to request earlier expert disclosure by the Government. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7) <u>Speedy Trial Act</u>

All of the time has been excluded from the defendant's arraignment on February 22, 2022 through the date of the final status conference scheduled for July 26, 2022. The parties request that the time be excluded until the rescheduled final status conference under 18 U.S.C. § 3161(h)(7)(A), because the defendant has needed the time, and continues to need the time, to review discovery in this case. The ends of justice served by this exclusion outweigh the interests of the public and the defendant in a speedy trial.

(8) <u>Next Status Conference</u>

Because there are no issues presently in dispute, the parties jointly request that the Court continue the presently scheduled final status conference scheduled for July 26, 2022 in lieu of this Joint Report. The parties request that the Court continue the final Status Conference to approximately 45 days from the date of this filing. The parties jointly believe that this will allow the Defendant time to continue to review the discovery produced to date and determine whether there are any discovery or other matters to bring to the Court's attention. Further, this extension will allow the parties time to continue to consider a resolution short of trial.

Respectfully submitted,

| ARIEL LEGASSA | UNITED STATES OF AMERICA, |
|---|---|
| By his attorney, | By its attorney, |
|  | RACHAEL S. ROLLINS<br>United States Attorney |
| */s/ E. Peter Parker*<br>E. Peter Parker<br>Law Office of E. Peter Parker<br>The Wheelhouse at Bradford Mill<br>33 Bradford Street<br>Concord, MA 01742<br>peter@parkerslaw.com<br>617.642.7099 | */s/ Benjamin Saltzman*<br>Benjamin A. Saltzman<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Benjamin.Saltzman2@usdoj.gov<br>617.748.3100 |

Dated: July 12, 2022

## **CERTIFICATE OF SERVICE**

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                 */s/ Benjamin Saltzman*
                                                 Benjamin A. Saltzman
                                                 Assistant United States Attorney

Dated: July 12, 2022