UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., Plaintiff | ) ) ) ) |
| v. | ) ) |
| ALLEY INTERACTIVE LLC (CT), ARIEL LEGASSA, and NILDA LEGASSA, Defendants | ) ) ) ) ) |

Criminal No.   22-CV-10024-ADB

**Affidavit Of Ariel Legassa
In Support Of Motion By Defendants Ariel Legassa
and Nilda Legassa To Dissolve Attachments**

I, Ariel Legassa, on oath, depose and say as follows.

1.      I have been sued by my former employer, New England Sports Network, L.P.

("NESN"). Before NESN notified me of the lawsuit, it attached the following bank accounts:

> Ariel Legassa
> Nilda Legassa
> American Broadcast Employees Federal
>  Credit Union
> Joint Checking / Joint Savings Acct. No. x750; and
>
> Nilda Legassa
> American Broadcast Employees Federal
>  Credit Union
> Joint Checking / Joint Savings Acct. No. x170.

2.      Nilda Legassa is my wife. At of the end of January 2022, after NESN had

obtained the attachments, the balance in the x750 account was $███████ and the balance in x170

was $███████ As a result of the attachments NESN obtained, neither I nor Nilda have access

to the funds in these accounts.

3.      In addition to suing me and attaching my bank accounts, NESN terminated my

employment on January 6, 2022. I currently have no income. The publicity from this lawsuit and

an accompanying criminal prosecution of me in in the matter of *United States v. Legassa*, USDC

MA Crim. No. 22-mj-04081-DHH, which is based on the same alleged facts that underlie this

civil matter, will make it difficult, if not impossible, for me to find other employment.

4.      I live in Burlington, Connecticut with my wife Nilda and my four children, ages

23, 21, 17, and 11. Nilda's salary is not enough to pay our monthly living expenses. Nilda's

monthly income is $_____. Our regular monthly expenses are as follows:



5.      My other liabilities are as follows:



6.      The home we live in is owned by my wife Nilda. My only assets and approximate

values are as follows:



7.      The value of the vehicles has been pledged to secure an appearance bond in the criminal matter. I am required to file the titles to the vehicles and the registration for the airplane in the criminal matter to secure the appearance bond. I cannot sell the vehicles or airplane or convert them to cash. I have had to liquidate my retirement account in order to pay household expenses and attorneys fees.

8.      I do not have access to any other money or assets to meet ongoing monthly household expenses. It is my intention to retain counsel to represent me in the criminal matter, but I do not have access to any other money or assets sufficient to pay the total amount of legal fees that will be required to defend myself in the criminal matter.

9.      The balance in Nilda's x170 account includes a $▮▮▮▮▮ transfer on January 10, 2022 from the joint x750 joint account. My salary from NESN was direct deposited into that account. Between March 3, 2021 and January 5, 2022 (the period during which NESN alleges that it was defrauded), a total of $▮▮▮▮▮ in salary was direct deposited by NESN into the x750 account. An additional $▮▮▮▮▮ in salary was direct deposited by NESN into the x750 account in January and February 2021 and January 2022. The total direct deposits of my NESN salary into the x750 joint account from January 1, 2021 to January 31, 2022 was $▮▮▮▮▮.

SIGNED under the pains and penalties of perjury this 22nd day of February 2022.

_____
Ariel Legassa

3

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 22, 2022.

/s/ *E. Peter Parker*
E. Peter Parker