UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P.,<br><br>    Plaintiff<br><br>v.<br><br>ALLEY INTERACTIVE LLC (CT), ARIEL LEGASSA, NILDA LEGASSA,<br><br>    Defendants. | No. 22-CV-10024-ADB |

## AFFIDAVIT OF NILDA LEGASSA

I, Nilda Legassa, hereby depose and state as follows:

1. I submit this affidavit pursuant to 28 U.S.C. § 1746 in support of Defendants' Motion to Dissolve Attachments in the above-captioned action.

2. This affidavit is based on my own personal knowledge. These statements are true to the best of my knowledge and belief.

3. I have a checking account at American Broadcast Employee Federal Credit Union ("Account"). I am the sole account holder for the Account.

4. I am employed by ▮▮▮▮ and my title is Senior Director. I have been employed by ▮▮▮▮ for 19 years.

5. My salary was regularly deposited directly into the Account and I used the account to pay household bills. My husband, Ariel Legassa, routinely made deposits into this account to help pay the bills.

6. The Account was attached and I cannot access my salary.

- 2 -

7. My monthly expenses include mortgage payments, utilities, food, insurance, transportation costs, and tuition for my children.

8. My salary does not cover my monthly expenses.

9. I have no sources of income outside of my salary.


I declare under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief as of February 22, 2022.

_____
Nilda Legassa