UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 22-CR-10038-IT |
| ) | |
| ARIEL LEGASSA, ) | |
|     Defendant. ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please enter the appearance of Carol E. Head, Assistant United States Attorney, as Counsel for the United States of America in the above-captioned case.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   /s/  *Carol E. Head*
CAROL E. HEAD
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

Dated: August 23, 2022