UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   )<br>         v.     )   Criminal No. 22-CR-10038-IT<br>ARIEL LEGASSA,    )<br>                Defendant.    ) | |

## UNITED STATES' ASSENTED-TO MOTION TO SEAL

The United States of America, by and through its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, hereby moves, pursuant to Local Rule 7.2, that the United States' Opposition to Defendant's Motion for Order Releasing Seized Assets and exhibits be filed under seal except as to employees, contract employees, agents of the United States Attorney's Office for the District of Massachusetts, and Ariel Legassa ("the Defendant") and his counsel.

As reason for this request, on August 9, 2022, the Defendant filed a Motion to Seal and a Motion for Order Releasing Seized Assets and supporting affidavits with the Court, and filed, through the ECF system, a redacted Motion for Order Releasing Seized Assets with redacted affidavits (Docket No. 44).

The United States' Opposition references information that is redacted from the Defendant's Motion to Release Seized Assets and supporting affidavits. For this reason, the United States submits this motion to seal to allow the United States to file a redacted version of its Opposition, which redacts information referenced in filings that are not currently available to the public.

The United States takes no position on whether information, beyond information protected under Fed. R. Civ. P. 5.2, should be filed under seal or withheld from public view.

Pursuant to Local Rule 7.1, the United States had conferred with counsel for the Defendant and counsel assents to this motion.

Once the Court grants this motion, the United States will file a redacted version of its Opposition and exhibits through the ECF system.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   /s/ *Carol E. Head*
      CAROL E. HEAD
      BENJAMIN SALTZMAN
      Assistant United States Attorneys
      United States Attorney's Office
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3100
      Carol.Head@usdoj.gov

Date:  August 23, 2022