# EXHIBIT C



 Search | **Overview** | Property Details | Sale & Tax History | Public Facts | Schools     ♡ Favorite  ✎ Edit Facts  ⤴ Share

1-844-759-7732  Buy ▾  Rent New ▾  Sell ▾  Mortgage ▾  Real Es...



Local rules require you to be signed in to see more photos.

Sign In or Join for free with no obligation.

See all 25 photos

Burlington, CT 06013

$587,586
Redfin Estimate

4 Beds | 2.5 Baths | 3,360 Sq Ft



**Is this your home?**

Claim this home to track its value and nearby sales activity

I'm the owner

**Off Market**

This home last sold for $440,000 on May 9, 2014.

Get a local Redfin Agent's opinion on