UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ARIEL LEGASSA | Case No. 22-CR-10038-IT |

### JOINT FINAL STATUS REPORT AND REQUEST TO CANCEL HEARING

Pursuant to Local Rule 116.5(c), the parties hereby file the following joint final status report prepared in connection with the final status conference scheduled for September 6, 2022.

(1)     The parties respectfully request that this case be sent to the District Court for a pretrial conference and the scheduling of a trial date.

(2)     In addition, the parties further state:

(A)   The government provided automatic discovery in two productions, on March 21, 2022 and April 20, 2022.

(B)   All discovery requests have been made and resolved to date; the defendant does not anticipate making any further discovery requests.

(C)   The government will make such further and pre-trial disclosures as are required by law.

(D)   The defendant has not filed any motions under Fed. R. Crim. P. 12(b) and does not anticipate filing any such motions.

(E) On August 9, 2022, the defendant filed a motion for release of funds that is currently pending before Judge Hennessy. ECF No. 46. The parties agree that the case may be referred to the District Court while this motion is considered.

(F) All of the time has been excluded from the defendant's arraignment on February 22, 2022 through the date of the status conference scheduled for September 6, 2022. The parties request that the time be excluded until the pretrial conference before the district judge.

(G) The parties estimate that a trial in this matter would take approximately five days.

Respectfully submitted,

| ARIEL LEGASSA<br><br>By his attorney,<br><br><br>*/s/ E. Peter Parker*<br>E. Peter Parker<br>Law Office of E. Peter Parker<br>The Wheelhouse at Bradford Mill<br>33 Bradford Street<br>Concord, MA 01742<br>peter@parkerslaw.com<br>617.642.7099 | UNITED STATES OF AMERICA,<br><br>By its attorney,<br><br>RACHAEL S. ROLLINS<br>United States Attorney<br><br>*/s/ Benjamin Saltzman*<br>Benjamin A. Saltzman<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Benjamin.Saltzman2@usdoj.gov<br>617.748.3100 |

Dated: August 30, 2022

## CERTIFICATE OF SERVICE

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                       */s/ Benjamin A. Saltzman*
                                                       Benjamin A. Saltzman
                                                       Assistant United States Attorney

Dated: August 30, 2022