UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ARIEL LEGASSA, )<br>)<br>)<br>Defendant )<br>)<br>_____) | Criminal No. 22-10038-IT |

### REPORT IN LIEU OF FINAL STATUS CONFERENCE
### PURSUANT TO LOCAL RULE 116.5(c)

September 6, 2022

Hennessy, M.J.

Defendant is charged in an indictment with seven counts of Mail Fraud, in violation of 18 U.S.C. § 1341, and three counts of Money Laundering, in violation of 18 U.S.C. § 1957. Defendant was arraigned on February 22, 2022, by videoconference. I scheduled a final status conference for September 6, 2022. However, prior to the conference the parties submitted a joint memorandum which obviates the need for the conference. The September 6 conference is accordingly canceled and I report as follows:

**Local Rule 116.5(c)(2)**

The parties move for a pretrial conference before the district judge in order to schedule a trial date. Accordingly, the file is ordered transferred to Judge Talwani.

(a) All automatic discovery has been produced.

(b) All discovery requests and motions have been resolved.

(c) Defendant does not intend to file pretrial motions pursuant to Fed. R. Crim. P. 12(b). There is pending before me Defendant's motion to release funds. The parties assent to my transferring the case to Judge Talwani while I consider Defendant's motion.

(d) The Court has excluded the period from February 22, 2022 (the date of Defendant's arraignment), through September 6, 2022 (the date of the Final Status Conference). The parties further agree that the period from September 6, 2022 through the Pretrial Conference before Judge Talwani should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order. It appears that four days (from the filing of the indictment on February 17 to the February 22 arraignment) are chargeable against the statutory speedy trial clock. See Order of Excludable Delay entered on this date.

(e) Trial will require five days.

**Local Rule 116.5(c)(3)**

Defendant is released on conditions. He does not require the services of an interpreter.

I have adopted the parties' proposal that the Government's expert disclosures, if any, be due twenty-one (21) days before trial, with Defendant reserving the right to request earlier expert disclosures, and that Defendant's expert disclosures, if any, be due fourteen (14) days before trial.

Defendant does not intend to raise defenses of insanity, public authority, or alibi.

/ s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge