UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) NO. 21-CR-10118 <br> JOSE LARIOS, ) <br>        Defendant ) | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A RESPONSE TO THE GOVERNMENT'S OPPOSITION TO JOSE LARIOS' MOTION TO SUPPRESS TITLE III INTERCEPTIONS**

Now comes the defendant Jose Larios, by and through undersigned counsel, and hereby respectfully requests leave to file a short response by September 20, 2022, to the Government's Response in Opposition to Defendant's Motion to Suppress Wiretap Evidence, Dkt. 131. As grounds and reasons therefor, the defense seeks to address legal and factual issues that were raised by the Government's brief that could not have been reasonably anticipated by the defense in its initial motion.

**WHEREFORE,** the defense respectfully requests this Honorable Court to grant its request.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

The undersigned counsel has conferred with the Government, who by and through AUSA Leah Foley, assents to this request.

.

1

Respectfully Submitted,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

Dated: September 15, 2022

## CERTIFICATE OF SERVICE

    I, Maksim Nemtsev, hereby certify that on this date, September 15, 2022, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

**/s/ Maksim Nemtsev**
Maksim Nemtsev

2