UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  22-CR-10038-IT |
| | ) | |
| ARIEL LEGASSA | ) | |

**Supplemental Affidavit of Ariel Legassa in Support of
Motion For Order Releasing Seized Assets**

I, Ariel Legassa, on oath, depose and say as follows.

1. I remain unable to find employment commensurate with my experience and capabilities. I had intended to earn income to contribute to the monthly expenses of my family by driving for Uber, but I do not have sufficient and regular access to a vehicle. I had intended to drive the Tesla, but the government has seized it. The other vehicles in the household are needed by my wife and children. I have not been driving for Uber. The sole income for the payment of my family's monthly expenses is my wife's salary.

2. We were able to obtain the release of $31,242.82 that NESN had attached in the companion civil case. That money has largely been spent on my wife's attorney's fees, monthly bills, necessary living expenses, and making up for the shortfall since January in the family's ability to meet its monthly expenses.

SIGNED under the pains and penalties of perjury this 15th day of September, 2022.

_____
Ariel Legassa

1

2

Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 16, 2022.

      /s/ *E. Peter Parker*
      E. Peter Parker