UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 1:22-cr-10038-IT |
| | * | |
| ARIEL LEGASSA, | * | |
| | * | |
| Defendant. | * | |

ORDER ON EXCLUDABLE DELAY

TALWANI, D.J.

The court previously excluded time under the Speedy Trial Act from February 22, 2022, through October 26, 2022, the date of the initial pretrial conference. Orders on Excludable Delay [Doc. Nos. 25, 30, 39, 41, 52].[1] At the initial pretrial conference, the government and Defendant jointly requested an April 2023 trial date, and the government moved, and the Defendant did not object, for time from October 26, 2022, to April 3, 2023, the first day of trial, be excluded.

The court finds the interests of justice served by excluding time from October 26, 2022, the date of the pretrial conference, through April 3, 2022, the first day of trial from the Speedy Trial Act calculation outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, the court ORDERS that the period of time from October 26, 2022, through and including April 3, 2022, be excluded from the Speedy Trial Act calculation of time within which a trial must begin pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Date: October 27, 2022          /s/ Indira Talwani
                                     United States District Judge

---

[1] Four days (from the filing of the indictment on February 17, 2022, to the February 22, 2022 arraignment) are chargeable against the statutory speedy trial clock. See Report [Doc. No. 51]; Indictment [Doc. No. 13]; Elec. Clerk's Notes of Initial Appearance and Arraignment [Doc. No. 21].