UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ARIEL LEGASSA )<br>)<br>Defendant. )<br>) | No. 22-CR-10038-IT |

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter my appearance in the above-captioned case as counsel for the United States.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

Dated: February 9, 2023        By:    */s/ Mackenzie A. Queenin*
MACKENZIE A. QUEENIN, BBO# 688114
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3338
mackenzie.queenin@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 9, 2023        By:    */s/ Mackenzie A. Queenin*
MACKENZIE A. QUEENIN, BBO# 688114
Assistant United States Attorney