UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No.  22-CR-10038-IT |
| ) | |
| ARIEL LEGASSA ) | |

**Motion to File Response to Motion to Quash Subpoena in Part
Late and UNDER SEAL**

Defendant Ariel Legassa hereby moves for leave to respond late to the Motion to Quash Subpoenas In Part filed by four Rule 17(c) subpoena recipients (the "Motion to Quash"). As grounds for this motion, Mr. Legassa states that the recipients filed the Motion to Quash under seal on January 30, 2023. Undersigned counsel was engaged then in final preparations for a jury trial in this court that commenced on February 6 and concluded on February 10 in the matter of *United States v. Santana Vizcaino*, No. 21-CR-10051-MLW and was unable to respond to the Motion to Quash until now. For that reason, the court should grant leave to file the response to the Motion to Quash late.

The court also should permit Mr. Legassa to file the response under seal. The court has permitted the sealed filing of both Mr. Legassa's motion seeking leave to issue Rule 17 subpoenas and the recipients' response.

ARIEL LEGASSA
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
33 Bradford St
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 17, 2023.

/s/ *E. Peter Parker*
E. Peter Parker