UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  22-CR-10038-IT |
| | ) | |
| ARIEL LEGASSA | ) | |

**Affidavit of Counsel in Support of Motion To Continue Trial**

I, E. Peter Parker, hereby depose and say, under oath, the following.

1.  I represent defendant Ariel Legassa in this matter.

2.  I have accurately described in my accompanying Motion to Continue Trial my trial schedule and relevant circumstances and developments in my existing cases.

SIGNED under the pains and penalties of perjury this 15th day of August 2023.

/s/ *E. Peter Parker*
E. Peter Parker

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2023.

/s/ *E. Peter Parker*
E. Peter Parker