# EXHIBIT A

# Exhibit A

| Source of Business Records | Bates Range of Production | Certificates of Authenticity |
|---|---|---|
| (1) New England Sports Network | USAO_00001189 - USAO_00001197; USAO_00001178 - USAO_00001188; USAO_00000001 - USAO_00000014; USAO_00000015 - USAO_00000030; USAO_00000822 - USAO_00000845; USAO_00001200 - USAO_00001233 USAO_00001267 USAO_00001347 USAO_00002478 - USAO_00002479 USAO_00002495 - USAO_00002496 USAO_00008132 - USAO_00008145 | Exhibit B |
| (2) Santander | USAO_00001388 - USAO_00001478 | Exhibit C |
| (3) Postnet | USAO_00001373 - USAO_00001381 | Exhibit D |
| (4) Tompkins Mahopac | USAO_00001499 - USAO_00001523 | Exhibit E |
| (5) Wells Fargo | USAO_00001629 - USAO_00001634; USAO_00001642 – USAO_00001643 | Exhibit F |
| (6) Capital One | USAO_00000569 - USAO_00000687; USAO_00000689- USAO_00000690 | Exhibit G |
| (7) Citibank | USAO_00000693 – USAO_00000720; USAO_00000723 - USAO_00000821 | Exhibit H |
| (8) Goldman Sachs / Apple Card | USAO_00001091 – USAO_00001155; USAO_00001158 – USAO_00001173 | Exhibit I |

| | | |
|---|---|---|
| (9) American Broadcast Employees Federal Credit Union | USAO_00000030 - USAO_00000547 USAO_00000550 – USAO_00000562 | Exhibit J |
| (10) Google | USAO_00001176 | Exhibit K |
| (11) American Express | USAO_00001746 - USAO_00002314 | Exhibit L |
| (12) Cedar Mountain Stone | USAO_00008102 - USAO_00008115 | Exhibit M |
| (13) Chapman Lumber | USAO_00008119 - USAO_00008123 | Exhibit N |
| (14) Chippanee Construction | USAO_00008129 | Exhibit O |
| (15) Connecticut Secretary of State | USAO_00002437 - USAO_00002443 USAO_00002463 - USAO_00002468 | Exhibit P |
| (16) Robco Pools | USAO_00008164 - USAO_00008170 | Exhibit Q |