# EXHIBIT B

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____Chad Bern_____, attest, under penalties of perjury by the laws
                NAME

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by New England Sports Network,

and my title is _____CFO_____. I am qualified to authenticate the records
                TITLE

attached hereto because I am familiar with how the records were created, managed, stored, and

retrieved. I state that the records attached hereto are true duplicates of the original records in the

custody of New England Sports Network. The attached records consist of
USAO_00000001-00000030, USAO_00000822-00000845, USAO_00001178-00001197,
USAO_00001200-00001233, USAO_00001267, USAO_00001347, USAO_00002478-00002479,
USAO_00002495-00002496, and USAO_00008132.
            GENERALLY DESCRIBE RECORDS (PAGES / CDS / MEGABYTES / ETC.)

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of New England Sports Network and they were made by

New England Sports Network as a regular practice; and

b. such records were generated by New England Sports Network electronic

process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of New England Sports Network in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by New England Sports Network, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

9/21/2023
Date                                                Signature