# EXHIBIT H

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, __MARILYN KENNEDY__, attest, under penalties of perjury by the laws
      NAME

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by __CITIBANK NA__,
                                                            COMPANY

and my title is __LITIGATION SUPPORT__. I am qualified to authenticate the records
                    TITLE

attached hereto because I am familiar with how the records were created, managed, stored, and

retrieved. I state that the records attached hereto are true duplicates of the original records in the

custody of __CITIBANK NA__. The attached records consist of
              COMPANY

__STATEMENTS, ONLINE APPLICATION, WIRE COPY, CHECKS, ACCT HOLDER INFO.__
GENERALLY DESCRIBE RECORDS (PAGES / CDS / MEGABYTES / ETC.)

I further state that:

    a. all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of __CITIBANK NA__, and they were made by
                         COMPANY

__CITIBANK NA__ as a regular practice; and
    COMPANY

    b. such records were generated by __CITIBANK NA__ electronic
                                              COMPANY'S

process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____CITIBANK NA_____ in a manner to ensure that they

COMPANY

are true duplicates of the original records; and

2. the process or system is regularly verified by

_____CITIBANK NA_____, and at all times pertinent to the records certified here the

COMPANY

process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

| | |
|---|---|
| 1/21/2022 | [signature] |
| Date | Signature |

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, __Kevin Fitzgerald__, attest, under penalties of perjury by the laws
      NAME

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __Citibank N.A.__,
                                                                                                COMPANY

and my title is __Legal Operations Coordinator__. I am qualified to authenticate the records
                              TITLE

attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of __Citibank N.A.__. The attached records consist of
                        COMPANY

__101 pages. Statements, repayment records, and application.__
GENERALLY DESCRIBE RECORDS (PAGES / CDS / MEGABYTES / ETC.)

I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of __Citibank N.A.__, and they were made by
                                  COMPANY
__Citibank N.A.__ as a regular practice; and
    COMPANY

    b.    such records were generated by __Citibank N.A.__ electronic
                                                        COMPANY'S
process or system that produces an accurate result, to wit:

      1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of __Citibank N.A.__ (COMPANY) in a manner to ensure that they are true duplicates of the original records; and

      2.    the process or system is regularly verified by __Citibank N.A.__ (COMPANY), and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

1/31/2022        /S/ *Kevin Fitzgerald*

Date        Signature