UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ARIEL LEGASSA,<br><br>           Defendant. | No. 22-cr-10038-IT |

**GOVERNMENT'S RESPONSE TO ECF NO. 100**

On September 25, 2023, the Court ordered the government to confer with defense counsel on its two pretrial motions in limine and to provide the Court with an update by September 27, 2023. ECF No. 100. The parties have conferred and resolved some, but not all, of the issues set forth in the government's motions in limine.

With respect to the government's motion in limine for a pretrial ruling on the admissibility of business records, ECF No. 97, the parties have narrowed the issues. The defense has agreed to the authenticity of all the business records set forth in the government's motion, except for the records from New England Sports Network ("NESN"). The parties will continue to work to reach agreement on this outstanding item.

With respect to the government's motion in limine to preclude evidence and argument related to the civil litigation between the defendant and NESN, ECF No. 98, the parties have not been able to narrow the issues identified in the government's motion.

                                Respectfully submitted,

                                JOSHUA S. LEVY
                                Acting United States Attorney

By:    /s/ *Benjamin A. Saltzman*
        Benjamin A. Saltzman
        Mackenzie A. Queenin
        Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                /s/ *Benjamin A. Saltzman*
                                Benjamin A. Saltzman
                                Assistant United States Attorney

Date: September 27, 2023