1    ARIEL LEGASSA: No, no, no, no, they were not pay... Alley
2         Interactive New York is just a web, just --
3    BRENDAN DONLAN:     Can...?  I'm gonna explain to you... Let
4         me -- let me talk for a second.
5    ARIEL LEGASSA: Okay, sir.
6    BRENDAN DONLAN:     All right.  So I've already kinda read
7         over this, but I'll say:  so in December of '20, give or
8         take, you started to have negotia-- you, you wanted to
9         hire Alley Interactive New York to replace the previous
10        company that NESN was going through for the website.
11        What was the name of that company?  That --
12   ARIEL LEGASSA: 10up.
13   BRENDAN DONLAN:     10up.  Right?  So neg-- negotiations
14        started.  March of '21, the agreement, masters agreement,
15        was signed.  The first statement of work was signed as,
16        uh, (inaudible) what the terms were, right?  Um, Alley,
17        up until the present day, has submitted invoices for the
18        work that they've done.  They have incurred expenses.
19        They have done work.  They've developed things.  Around
20        that same time, you, in March of '21, you incorporated
21        [00:32:00] this company, the same exact name, Alley
22        Interactive LLC, in Connecticut, as you being the only
23        principal-slash-owner of that company.  Around the same
24        time, you opened up the Santander bank account in that

1     company name.  You created the Gmail Interactive LL-- In-
2     - AlleyInteractiveLLC@gmail.com address around the same
3     time.  And you, in April 8th of '21, you, after already
4     submitting invoices in March of '21, you, uh, talked to
5     the woman from accounts payable and told her the story of
6     Al-- you -- I read that email to you, how Alley
7     Interactive is a small company; this is another almost --
8     and I'm paraphrasing -- this is an offshoot of the Alley
9     Interactive, uh, New York.  And you submitted the same
10    exact...  Alley Interactive submitted their invoices
11    through you, the, the work they completed.  You submitted
12    the same exact letter -- the same exact invoice, minus
13    the address and the bank account to NESN, and the only
14    control [00:33:00] at this point is it's going to the
15    woman in accounts payable, who's the only woman at NESN
16    who works in this department.
17  ARIEL LEGASSA: No, it's not -- it's not the only one.
18  BRENDAN DONLAN:     Okay.
19  ARIEL LEGASSA: And basically, yes, you are read--
20  BRENDAN DONLAN:     Sh-sh-- and let me finish, okay?  So she's
21    in this, right?  So she is now processing internally,
22    based on your direction of that email, there's the web
23    and there's the engineering.  The web is the real -- is
24    the real Alley Interactive in New York, and the web --

1       and the engineering is the Alley Interactive to

2       Connecticut.  She's putting it in the system with these

3       invoices, the only difference being the mailing address

4       in the system that anyone can see, right?  So it's being

5       approved --

6  ARIEL LEGASSA: I don't know --

7  BRENDAN DONLAN:     -- (inaudible) -- under 50,000 is you --

8       you can approve it; over 50,000, in the system, it's you

9       and, um, Ray are the two that have to approve it.  That

10      gets approved in the system because Ray has approved it

11      and you have approved it, so you're approving your own

12      payments to yourself for less than 50,000.  So all the

13      40,500 that you submitted, it's under 50, you're the only

14      approver at this point.  Checks get cut at some point

15      thereafter, because NESN does [00:34:00] paper checks,

16      and they mail them to their recipients.  The checks get

17      cut.  Uh, the signatures are the CEO and Ray on the

18      checks, but at this point all they're seeing is this

19      invoice from Int-- Alley Interactive, which they think's

20      a legitimate company, which it is in New York; they're

21      not lookin'...  I mean, yeah, Monday morning

22      quarterbacking you can look at it and say they should've

23      looked at the address and saw that it's a P.O. box, or a

24      PostNet store in Stanford, Connecticut, as opposed to the

1     New York City address, but they're not lookin' at it that
2     closely because they trust you.  You're a VP in NESN, and
3     they trust your judgment, and they trust that this is
4     real Alley Interactive.  Payments get cut.  The checks
5     get mailed.  There's no oversight at this point, other
6     than the signatures on the check of where it goes.  The
7     money goes to Alley Interactive New York for the m-- the,
8     the work that they've done, and they're paid in full to
9     the present day. Five hundred and seventy-five thousand
10    five hundred get paid to Santander bank in your name and
11    the name of the company, Alley Interactive Connecticut,
12    and that money is used solely by you to pay off personal
13    expenses -- tax liens, credit cards, [00:35:00] liens on
14    vehicles, uh, and et cetera --
15 ARIEL LEGASSA: Paid for my idea, sir, and, and they --
16 BRENDAN DONLAN:    No, and let, let me finish, okay?  Up at
17    this point, yeah, you can p-place the blame on NESN, and
18    they should've had more oversight, but I think you saw a
19    vulnerability.  I think you saw an opportunity to get
20    paid more, and that's exactly what happened.  And I don't
21    know if it was credit card debt.  I don't know what's
22    goin' on in your life.  I would like to know what was
23    goin' on in your life that made you make this decision.

USAO_00002624

1       But the end of the day, Mr. Legassa, you, you stole money
2       from NESN.
3  ARIEL LEGASSA: I didn't.
4  BRENDAN DONLAN:    And why -- it, it just doesn't...  And I'm
5       not even -- I, I don't even need an explanation from you,
6       'cause that's the answer, but it defies --
7  ARIEL LEGASSA: If you know the answer --
8  BRENDAN DONLAN:     -- it, it, it defies --
9  ARIEL LEGASSA: -- then why you asking me the question?
10 BRENDAN DONLAN:     -- it defies...  And I'm not really asking
11      you a question; I'm talking to you right now.  But it
12      defies logic that --
13 ARIEL LEGASSA: Can I try to explain --
14 BRENDAN DONLAN:     -- you get paid --
15 ARIEL LEGASSA: -- the logic to you?
16 BRENDAN DONLAN:    Okay, w-- uh, b-- where in my story --
17      please tell me if what I just said to you is incorrect.
18 ARIEL LEGASSA: First of all, it was in, in, in a gentlemen's
19      agreement --
20 BRENDAN DONLAN:    No.
21 ARIEL LEGASSA: -- that we had...  You don't know that, sir.
22 BRENDAN DONLAN:     There wasn't.
23 ARIEL LEGASSA: You --
24 BRENDAN DONLAN:     I do.  I've talked to NESN.