UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.   22-CR-10038-IT |
| | ) | |
| ARIEL LEGASSA | ) | |

**Defendant's Request for Jury Instructions**

Defendant Ariel Legassa hereby requests that the court give the following instructions from the United States District Court for the District of Maine Pattern Criminal Jury Instructions for the District Courts of the First Circuit:

      2.09    Tapes and Transcripts;

      2.11    Statements by Defendant; and

      3.03    Defendant's Constitutional Right Not to Testify.

Mr. Legassa reserves the right to request additional instructions up to the submission of the case to the jury.

 

ARIEL LEGASSA
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
33 Bradford St
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 6, 2023.

/s/ *E. Peter Parker*
E. Peter Parker