UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 22-cr-10038-IT |
| ARIEL LEGASSA, | |
| Defendant. | |

## GOVERNMENT'S PROPOSED WITNESS LIST

The government respectfully submits the following proposed list of witnesses that it intends to call in its case-in-chief. The government reserves the right to amend and/or supplement this list with reasonable notice to the defendant.

| Name | State or Entity |
|---|---|
| 1.  Raymond Guilbault | Massachusetts |
| 2.  Sean McGrail | NESN |
| 3.  Leatha Fisher | NESN |
| 4.  Paul King | NESN |
| 5.  Mary Breiter | Massachusetts |
| 6.  James Bedsole | FBI |
| 7.  Rebecca Curtin | FBI |
| 8.  Nancy Nicolescu | Connecticut Secretary of State Office |
| 9.  Bradford Campeau-Laurion | Alley Interactive LLC |
| 10. Mamek Charepoo | Santander Bank |

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Benjamin A. Saltzman*
BENJAMIN A. SALTZMAN
MACKENZIE A. QUEENIN
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: 10/13/2023              */s/ Benjamin A. Saltzman*
                              BENJAMIN A. SALTZMAN