UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIEL LEGASSA,<br><br>    Defendant. | Crim. No. 22-cr-10038-IT |

**GOVERNMENT'S ASSENTED TO MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF MOTION LIMINE TO PRECLUDE EVIDENCE AND ARGUMENT RELATED TO CIVIL LITIGATION BETWEEN DEFENDANT AND <u>NESN</u>**

Pursuant to Local Rule 7.1(b)(3), the government respectfully seeks leave to file a brief reply to Defendant's Opposition to the Government's Motion in Limine to Preclude Evidence and Argument Related to Civil Litigation Between Defendant and NESN.  Dkt 121.  A copy of the government's proposed reply is attached hereto as Exhibit A.  The reply addresses arguments raised for the first time in the defendant's opposition brief.  WHEREFORE, the government respectfully requests that the Court grant its motion for leave to file a reply.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

<u>/s/ Mackenzie A. Queenin</u>
BENJAMIN A. SALTZMAN
MACKENZIE A. QUEENIN
Assistant United States Attorneys

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I, Mackenzie A. Queenin, hereby certify that the parties have conferred and the defendant assents to the filing of a reply.

Date: October 17, 2023                                    */s/ Mackenzie A. Queenin*
                                                                            Mackenzie A. Queenin


**CERTIFICATE OF SERVICE**

I, Mackenzie A. Queenin, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: October 17, 2023                                    */s/ Mackenzie A. Queenin*
                                                                            Mackenzie A. Queenin