UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA v. ARIEL LEGASSA, Defendant. | Crim. No. 22-cr-10038-IT |
|---|---|

## GOVERNMENT'S FIRST AMENDED WITNESS LIST

The government respectfully submits the following proposed list of witnesses that it intends to call in its case-in-chief. The government reserves the right to amend and/or supplement this list with reasonable notice to the defendant.

| Name | State or Entity |
|---|---|
| 1. James Bedsole | Waltham, MA (FBI) |
| 2. Mary Breiter | Marlborough, MA (former NESN) |
| 3. Bradford Campeau-Laurion | Astoria, NY (Alley Interactive LLC) |
| 4. Mamek Charepoo | Boston, MA (Santander Bank) |
| 5. Rebecca Curtin | Weymouth, MA (FBI) |
| 6. Leatha Fisher | Randolph, MA (NESN) |
| 7. Raymond Guilbault | Quincy, MA (former NESN) |
| 8. Paul King | Waltham, MA (NESN) |
| 9. Sean McGrail | Hopkinton, MA (NESN) |
| 10. Nancy Nicolescu | Ellington, CT (CT Secretary of State Office) |
| 11. Frank Scaturchio | Stamford, CT (PostNet International) |

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Mackenzie A. Queenin*
BENJAMIN A. SALTZMAN
MACKENZIE A. QUEENIN
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date:  10/23/2023          */s/ Mackenzie A. Queenin*
                            MACKENZIE A. QUEENIN