| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Exhibit Number for Identification | Briefly Describe | Party Offering Exhibit | Does party expect to offer exhibit or may offer if need arises? | Does opposing side object, reserve, or have no objection? | | | |
| 1 | NESN- 2021.04.15 Alley NY Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 2 | NESN- 2021.05.12 Alley NY Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 3 | NESN- 2021.06.11 Alley NY Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 4 | NESN- 2021.07.08 Alley NY Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 5 | NESN- 2021.07.21 Alley NY Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 6 | NESN- 2021.08.06 Alley NY Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 7 | NESN- 2021.09.03 Alley NY Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 8 | NESN- 2021.10.08 Alley NY Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 9 | NESN- 2021.11.05 Alley NY Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 10 | NESN- 2021.03.04 Alley CT Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 11 | NESN- 2021.03.04 Alley CT Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 12 | NESN- 2021.04.09 Alley CT Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 13 | NESN- 2021.04.09 Alley CT Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 14 | NESN- 2021.05.09 Alley CT Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 15 | NESN- 2021.05.21 Alley CT Invoice | Government | Expect to Offer | Reserves all rights | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | NESN- 2021.07.28 Alley CT Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 17 | NESN- 2021.09.14 Alley CT Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 18 | NESN- 2021.10.28 Alley CT Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 19 | NESN- 2021.12.08 Alley CT Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 20 | NESN- 2022.01.03 Alley CT Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 21 | NESN- 2021.04.01 Alley CT Check #123841 | Government | Expect to Offer | Reserves all rights | | | |
| 22 | NESN- 2021.04.27 Alley CT Check #123913 | Government | Expect to Offer | Reserves all rights | | | |
| 23 | NESN- 2021.06.15 Alley CT Check #124221 | Government | Expect to Offer | Reserves all rights | | | |
| 24 | NESN- 2021.06.24 Alley CT Check #124270 | Government | Expect to Offer | Reserves all rights | | | |
| 25 | NESN- 2021.08.24 Alley CT Check #124661 | Government | Expect to Offer | Reserves all rights | | | |
| 26 | NESN- 2021.10.05 Alley CT Check #124883 | Government | Expect to Offer | Reserves all rights | | | |
| 27 | NESN- 2021.11.23 Alley CT Check #125171 | Government | Expect to Offer | Reserves all rights | | | |
| 28 | NESN- 2021.05.20 Alley NY Check #124049 | Government | Expect to Offer | Reserves all rights | | | |
| 29 | NESN- 2021.06.15 Alley NY Check #124222 | Government | Expect to Offer | Reserves all rights | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30 | NESN- 2021.07.20 Alley NY Check #124506 | Government | Expect to Offer | Reserves all rights | | | |
| 31 | NESN- 2021.08.12 Alley NY Check #124584 | Government | Expect to Offer | Reserves all rights | | | |
| 32 | NESN- 2021.09.29 Alley NY Check #124822 | Government | Expect to Offer | Reserves all rights | | | |
| 33 | NESN- 2021.10.12 Alley NY Check #124927 | Government | Expect to Offer | Reserves all rights | | | |
| 34 | NESN- 2021.11.02 Alley NY Check #125016 | Government | Expect to Offer | Reserves all rights | | | |
| 35 | NESN- 2021.11.30 Alley NY Check #125213 | Government | Expect to Offer | Reserves all rights | | | |
| 36 | NESN- 2021.03.03 Master Services Agreement Alley NY and NESN | Government | Expect to Offer | Reserves all rights | | | |
| 37 | NESN- 2021.03.03 Statement of Work for NESN | Government | Expect to Offer | Reserves all rights | | | |
| 38 | NESN- 2021.06.08 Statement of Work for NESN | Government | Expect to Offer | Reserves all rights | | | |
| 39 | Santander Bank- Alley Interactive CT Checks | Government | Expect to Offer | No objection to authenticity; reserves all other rights | | | |
| 40 | Santander Bank- Alley Interactive CT Debit Card Details | Government | Expect to Offer | No objection to authenticity; reserves all other rights | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41 | Santander Bank- Alley Interactive CT Deposits | Government | Expect to Offer | No objection to authenticity; reserves all other rights | | | |
| 42 | Santander Bank- Alley Interactive CT Account Opening Documents | Government | Expect to Offer | No objection to authenticity; reserves all other rights | | | |
| 43 | Santander Bank- Alley Interactive CT Account Statements | Government | Expect to Offer | No objection to authenticity; reserves all other rights | | | |
| 44 | Santander Bank- Alley Interactive CT Wire Statements | Government | Expect to Offer | No objection to authenticity; reserves all other rights | | | |
| 45 | Santander Bank- Alley Interactive CT Withdrawals | Government | Expect to Offer | No objection to authenticity; reserves all other rights | | | |
| 46 | Santander Bank- 2021.10.15 Teller Video | Government | Expect to Offer | No objection to authenticity; reserves all other rights | | | |
| 47 | Santander Bank- 2021.12.03 Teller Video | Government | Expect to Offer | No objection to authenticity; reserves all other rights | | | |
| 48 | Postnet- Mailbox Application | Government | Expect to Offer | No objection to authenticity; reserves all other rights | | | |
| 49 | Postnet- Account Information | Government | Expect to Offer | No objection to authenticity; reserves all other rights | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 50 | Tompkins Mahopac- Account Summary | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 51 | Tompkins Mahopac- Account Statements | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 52 | Tompkins Mahopac- 2020 Aircraft Title Report for Ariel Legassa | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 53 | Tompkins Mahopac- Aircraft Loan Credit Application | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 54 | Tompkins Mahopac- Loan Paid Letter | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 55 | Tompkins Mahopac- Aircraft Purchase Agreement | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 56 | Wells Fargo- Loan for Tesla Model 3 | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 57 | Wells Fargo- Payment History for Tesla Model 3 | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 58 | Capital One- Account Statements | Government | May Offer | No objection to authenticity; reserves all other rights | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 59 | Capital One- Account Application | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 60 | Capital One- Account Payments | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 61 | Citibank- Credit Card Statements | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 62 | Citibank- Citigold Account | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 63 | Apple Card- Settled + Posted Transactions | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 64 | Apple Card- Account Statements | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 65 | Apple Card- Customer Profile | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 66 | American Broadcast Employees Federal Credit Union- Ariel Legassa Account Card | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 67 | American Broadcast Employees Federal Credit Union- Ariel | Government | May Offer | No objection to authenticity; reserves all other rights | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Legassa Identification Docs | | | | | | |
| 68 | American Broadcast Employees Federal Credit Union- Ariel & Nilda Legassa Account Statements | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 69 | American Broadcast Employees Federal Credit Union- Ariel Legassa Checks | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 70 | American Broadcast Employees Federal Credit Union- Ariel Legassa Account Application | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 71 | American Broadcast Employees Federal Credit Union- Ariel Legassa Deposits | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 72 | American Broadcast Employees Federal Credit Union- Ariel Legassa Wire Transfers | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 73 | American Broadcast Employees Federal Credit Union- Nilda Legassa Account Application | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 74 | American Broadcast | Government | May Offer | No objection to authenticity; | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Employees Federal Credit Union- Nilda Legassa IDs | | | reserves all other rights | | | |
| 75 | American Broadcast Employees Federal Credit Union- Nilda Legassa Account Statements | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 76 | American Broadcast Employees Federal Credit Union- Nilda Legassa Credit Statements | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 77 | American Broadcast Employees Federal Credit Union- Nilda Legassa Checks | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 78 | American Broadcast Employees Federal Credit Union- Nilda Legassa Wire Transfers | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 79 | American Broadcast Employees Federal Credit Union- Nilda Legassa Loan Application | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 80 | American Broadcast Employees Federal Credit Union- Nilda Legassa Deposits | Government | May Offer | No objection to authenticity; reserves all other rights | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 81 | Google- Alley Interactive LLC Subscriber Information | Government | Expect to Offer | No objection to authenticity; reserves all other rights | | | |
| 82 | 2021.03.09 Email | Government | Expect to Offer | Reserves all rights | | | |
| 83 | 2021.03.09 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 84 | 2021.04.08 Email | Government | Expect to Offer | Reserves all rights | | | |
| 85 | 2021.04.08 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 86 | 2021.04.09 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 87 | 2021.04.13 Email | Government | Expect to Offer | Reserves all rights | | | |
| 88 | 2021.04.13 Email | Government | Expect to Offer | Reserves all rights | | | |
| 89 | 2021.04.20 Email | Government | Expect to Offer | Reserves all rights | | | |
| 90 | 2021.05.12 Email | Government | Expect to Offer | Reserves all rights | | | |
| 91 | 2021.05.13 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 92 | 2021.05.13 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 93 | 2021.05.17 Email | Government | Expect to Offer | Reserves all rights | | | |
| 94 | 2021.06.01 Email | Government | Expect to Offer | Reserves all rights | | | |
| 95 | 2021.06.04 Email | Government | Expect to Offer | Reserves all rights | | | |
| 96 | 2021.06.16 Email | Government | Expect to Offer | Reserves all rights | | | |
| 97 | 2021.06.21 Email | Government | Expect to Offer | Reserves all rights | | | |
| 98 | 2021.06.22 Email Chain | Government | Expect to Offer | Reserves all rights | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 99 | 2021.06.28 Email | Government | Expect to Offer | Reserves all rights | | | |
| 100 | 2021.07.08 Email | Government | Expect to Offer | Reserves all rights | | | |
| 101 | 2021.07.22 Email | Government | Expect to Offer | Reserves all rights | | | |
| 102 | 2021.07.22 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 103 | 2021.07.29 Email | Government | Expect to Offer | Reserves all rights | | | |
| 104 | 2021.07.29 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 105 | 2021.07.30 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 106 | 2021.09.03 Email | Government | Expect to Offer | Reserves all rights | | | |
| 107 | 2021.09.13 Email | Government | Expect to Offer | Reserves all rights | | | |
| 108 | 2021.09.13 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 109 | 2021.10.05 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 110 | 2021.10.05 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 111 | 2021.10.08 Email | Government | Expect to Offer | Reserves all rights | | | |
| 112 | 2021.10.28 Email | Government | Expect to Offer | Reserves all rights | | | |
| 113 | 2021.11.05 Email | Government | Expect to Offer | Reserves all rights | | | |
| 114 | 2021.12.08 Email | Government | Expect to Offer | Reserves all rights | | | |
| 115 | 2022.01.03 Email | Government | Expect to Offer | Reserves all rights | | | |
| 116 | 2022.01.05 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 117 | American Express-Account Records | Government | May Offer | No objection to authenticity; | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | reserves all other rights | | | |
| 118 | Cedar Mountain Stone Records | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 119 | Chapman Lumber Records | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 120 | Chippanee Construction Records | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 121 | Secretary of State of Connecticut - Alley Interactive LLC | Government | Expect to Offer | No objection to authenticity; reserves all other rights | | | |
| 122 | 2021.02.11 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 123 | 2021.06.11 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 124 | 2021.06.28. Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 125 | 2021.07.06 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 126 | 2021.09.23 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 127 | 2021.10.07 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 128 | 2021.11.02 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 129 | 2021.11.17 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 130 | 2022.01.03 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 131 | 2022.01.05 Email Chain | Government | Expect to Offer | Reserves all rights | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 132 | 2021.05.07 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 133 | 2021.09.20 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 134 | 2021.09.23 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 135 | 2021.11.01 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 136 | 2021.11.04 Email | Government | Expect to Offer | Reserves all rights | | | |
| 137 | 2021.11.09 Email | Government | Expect to Offer | Reserves all rights | | | |
| 138 | 2022.01.05 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 139 | 2022.01.05 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 140 | Robco Pools Records | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 141 | NESN- Fidesic Records for Alley CT | Government | May Offer | Reserves all rights | | | |
| 142 | NESN- Employment Agreement with Ahmed Darwish | Government | May Offer | Reserves all rights | | | |
| 143 | NESN- Employment Offer Letter for Ariel Legassa | Government | Expect to Offer | Reserves all rights | | | |
| 144 | NESN- ADP Pay Records for Ariel Legassa | Government | Expect to Offer | Reserves all rights | | | |
| 145 | NESN- Fidesic Vendor Profiles; Alley NY and Alley CT | Government | May Offer | Reserves all rights | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 146 | Secretary of State of Connecticut - Kaulike LLC | Government | May Offer | No objection to authenticity; reserves all other rights | | | |
| 147 | 2021.01.14 Email | Government | Expect to Offer | Reserves all rights | | | |
| 148 | 2021.01.29 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 149 | 2021.02.01 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 150 | 2021.02.10 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 151 | 2021.03.04 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 152 | 2021.04.26 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 153 | 2021.06.08 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 154 | 2021.07.30 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 155 | Summary of Invoices from Alley Interactive LLC | Government | Expect to Offer | Reserves all rights | | | |
| 156 | Summary of Invoices from Alley CT | Government | Expect to Offer | Reserves all rights | | | |
| 157 | 2021.12.07 Alley NY Invoice | Government | Expect to Offer | Reserves all rights | | | |
| 158 | Discover Records | Government | Expect to Offer | Reserves all rights | | | |
| 159 | Commerce Bank Records | Government | Expect to Offer | Reserves all rights | | | |
| 160 | 2020.06.04 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 161 | 2021.08.31 Email Chain | Government | Expect to Offer | Reserves all rights | | | |
| 162 | Summary Chart 1 | Government | Expect to Offer | Reserves all rights | | | |

| 163 | Summary Chart 2 | Government | Expect to Offer | Reserves all rights | | | |
|---|---|---|---|---|---|---|---|
| 164 | Summary Chart 3 | Government | Expect to Offer | Reserves all rights | | | |
| 165 | Summary Chart 4 | Government | Expect to Offer | Reserves all rights | | | |
| 166 | Summary Chart 5 | Government | Expect to Offer | Reserves all rights | | | |
| 167 | Summary Chart 6 | Government | Expect to Offer | Reserves all rights | | | |
| 168 | Summary Chart 7 | Government | Expect to Offer | Reserves all rights | | | |
| 169 | Summary Chart 8 | Government | Expect to Offer | Reserves all rights | | | |
| 170 | Summary Chart 9 | Government | Expect to Offer | Reserves all rights | | | |
| 171 | Summary Chart 10 | Government | Expect to Offer | Reserves all rights | | | |
| 172 | 2021.06.08 Email | Government | Expect to Offer | Reserves all rights | | | |
| 173 | 2021.03.04 Email | Government | Expect to Offer | Reserves all rights | | | |