UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Criminal No. 1:22-cr-10038-IT |
| | * |
| ARIEL LEGASSA, | * |
| | * |
| Defendant. | * |

## VERDICT FORM

**WE, THE JURY, AS TO DEFENDANT ARIEL LEGASSA, UNANIMOUSLY FIND:**

As to **Count 1,** the charge of mail fraud, in violation of 18 U.S.C. § 1341, on the approximate date of April 1, 2021:

\_\_\_\_\_ Not Guilty           \_✓\_ Guilty

As to **Count 2,** the charge of mail fraud, in violation of 18 U.S.C. § 1341, on the approximate date of April 27, 2021:

\_\_\_\_\_ Not Guilty           \_✓\_ Guilty

As to **Count 3,** the charge of mail fraud, in violation of 18 U.S.C. § 1341, on the approximate date of June 15, 2021;

    _____ Not Guilty      ✓\_\_\_\_ Guilty

As to **Count 4,** the charge of mail fraud, in violation of 18 U.S.C. § 1341, on the approximate date of June 24, 2021;

    _____ Not Guilty      ✓\_\_\_\_ Guilty

As to **Count 5,** the charge of mail fraud, in violation of 18 U.S.C. § 1341, on the approximate date of August 24, 2021:

    _____ Not Guilty      ✓\_\_\_\_ Guilty

As to **Count 6,** the charge of mail fraud, in violation of 18 U.S.C. § 1341, on the approximate date of October 5, 2021:

    _____ Not Guilty      ✓\_\_\_\_ Guilty

As to **Count 7,** the charge of mail fraud, in violation of 18 U.S.C. § 1341, on the approximate date of November 23, 2021:

    _____ Not Guilty      ✓\_\_\_\_ Guilty

As to **Count 8,** the charge of unlawful money transactions, in violation of 18 U.S.C. § 1957, on or about April 16, 2021:

\_\_\_\_\_ Not Guilty    \_\_✓\_\_ Guilty

As to **Count 9,** the charge of unlawful money transactions, in violation of 18 U.S.C. § 1957, on or about May 11, 2021:

\_\_\_\_\_ Not Guilty    \_\_✓\_\_ Guilty

As to **Count 10,** the charge of unlawful money transactions, in violation of 18 U.S.C. § 1957, on or about October 4, 2021:

\_\_\_\_\_ Not Guilty    \_\_✓\_\_ Guilty

I certify that the foregoing are the answers of all the jurors and that the jurors all unanimously agreed to each answer.

Dated: Nov 3, 2023            *Ivan Nieves*
                              Jury Foreperson