United States District Court
District of Massachusetts
Exhibits Log: 22-cr-10038-IT
USA v. Ariel Legassa, 10/30/2023

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-001 | NESN- 2021.04.15 Alley NY Invoice |
| Court-002 | NESN- 2021.05.12 Alley NY Invoice |
| Court-003 | NESN- 2021.06.11 Alley NY Invoice |
| Court-004 | NESN- 2021.07.08 Alley NY Invoice |
| Court-005 | NESN- 2021.07.21 Alley NY Invoice |
| Court-006 | NESN- 2021.08.06 Alley NY Invoice |
| Court-007 | NESN- 2021.09.03 Alley NY Invoice |
| Court-008 | NESN- 2021.10.08 Alley NY Invoice |
| Court-009 | NESN- 2021.11.05 Alley NY Invoice |
| Court-010 | NESN- 2021.03.04 Alley CT Invoice |
| Court-011 | NESN- 2021.03.04 Alley CT Invoice |
| Court-012 | NESN- 2021.04.09 Alley CT Invoice |
| Court-013 | NESN- 2021.04.09 Alley CT Invoice |
| Court-014 | NESN- 2021.05.09 Alley CT Invoice |
| Court-015 | NESN- 2021.05.21 Alley CT Invoice |
| Court-016 | NESN- 2021.07.28 Alley CT Invoice |
| Court-017 | NESN- 2021.09.14 Alley CT Invoice |
| Court-018 | NESN- 2021.10.28 Alley CT Invoice |
| Court-019 | NESN- 2021.12.08 Alley CT Invoice |
| Court-020 | NESN- 2022.01.03 Alley CT Invoice |
| Court-021 | NESN- 2021.04.01 Alley CT Check #123841 |
| Court-022 | NESN- 2021.04.27 Alley CT Check #123913 |
| Court-023 | NESN- 2021.06.15 Alley CT Check #124221 |
| Court-024 | NESN- 2021.06.24 Alley CT Check #124270 |
| Court-025 | NESN- 2021.08.24 Alley CT Check #124661 |
| Court-026 | NESN- 2021.10.05 Alley CT Check #124883 |
| Court-027 | NESN- 2021.11.23 Alley CT Check #125171 |
| Court-028 | NESN- 2021.05.20 Alley NY Check #124049 |
| Court-029 | NESN- 2021.06.15 Alley NY Check #124222 |
| Court-030 | NESN- 2021.07.20 Alley NY Check #124506 |
| Court-031 | NESN- 2021.08.12 Alley NY Check #124584 |
| Court-032 | NESN- 2021.09.29 Alley NY Check #124822 |
| Court-033 | NESN- 2021.10.12 Alley NY Check #124927 |
| Court-034 | NESN- 2021.11.02 Alley NY Check #125016 |
| Court-035 | NESN- 2021.11.30 Alley NY Check #125213 |
| Court-036 | NESN- 2021.03.03 Master Services Agreement Alley NY and NESN |
| Court-037 | NESN- 2021.03.03 Statement of Work for NESN |
| Court-038 | NESN- 2021.06.08 Statement of Work for NESN |
| Court-039 | Santander Bank- Alley Interactive CT Checks |

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-040 | Santander Bank- Alley Interactive CT Debit Card Details |
| Court-041 | Santander Bank- Alley Interactive CT Deposits |
| Court-042 | Santander Bank- Alley Interactive CT Account Opening Documents |
| Court-043 | Santander Bank- Alley Interactive CT Account Statements |
| Court-044 | Santander Bank- Alley Interactive CT Wire Statements |
| Court-045 | Santander Bank- Alley Interactive CT Withdrawals |
| Court-048 | Postnet- Mailbox Application |
| Court-050 | Tompkins Mahopac- Account Summary |
| Court-051 | Tompkins Mahopac- Account Statements |
| Court-052 | Tompkins Mahopac- 2020 Aircraft Title Report for Ariel Legassa |
| Court-053 | Tompkins Mahopac- Aircraft Loan Credit Application |
| Court-054 | Tompkins Mahopac- Loan Paid Letter |
| Court-055 | Tompkins Mahopac- Aircraft Purchase Agreement |
| Court-056 | Wells Fargo- Loan for Tesla Model 3 |
| Court-057 | Wells Fargo- Payment History for Tesla Model 3 |
| Court-061 | Citibank- Credit Card Statements |
| Court-062 | Citibank- Citigold Account |
| Court-066 | American Broadcast Employees Federal Credit Union- Ariel Legassa Account Card |
| Court-067 | American Broadcast Employees Federal Credit Union- Ariel Legassa Identification Docs |
| Court-068 | American Broadcast Employees Federal Credit Union- Ariel & Nilda Legassa Account Statements |
| Court-069 | American Broadcast Employees Federal Credit Union- Ariel Legassa Checks |
| Court-070 | American Broadcast Employees Federal Credit Union- Ariel Legassa Account Application |
| Court-071 | American Broadcast Employees Federal Credit Union- Ariel Legassa Deposits |
| Court-072 | American Broadcast Employees Federal Credit Union- Ariel Legassa Wire Transfers |
| Court-073 | American Broadcast Employees Federal Credit Union- Nilda Legassa Account Application |
| Court-074 | American Broadcast Employees Federal Credit Union- Nilda Legassa IDs |
| Court-075 | American Broadcast Employees Federal Credit Union- Nilda Legassa Account Statements |
| Court-076 | American Broadcast Employees Federal Credit Union- Nilda Legassa Credit Statements |
| Court-077 | American Broadcast Employees Federal Credit Union- Nilda Legassa Checks |
| Court-078 | American Broadcast Employees Federal Credit Union- Nilda Legassa Wire Transfers |
| Court-079 | American Broadcast Employees Federal Credit Union-Nilda Legassa Loan Application |
| Court-080 | American Broadcast Employees Federal Credit Union- Nilda Legassa Deposits |
| Court-081 | Google- Alley Interactive LLC Subscriber Information |
| Court-082 | 2021.03.09 Email A. Legassa to L. Fisher |
| Court-083 | 2021.03.09 Email Chain between A. Legassa and L. Fisher |
| Court-085 | 2021.04.08 Email Chain between A. Legassa and L. Fisher |
| Court-087 | 2021.04.13 Email A. Legassa to L. Fisher |
| Court-088 | 2021.04.13 Email A. Legassa to L. Fisher |
| Court-089 | 2021.04.20 Email A. Legassa to L. Fisher |
| Court-090 | 2021.05.12 Email A. Legassa to L. Fisher |
| Court-091 | 2021.05.13 Email Chain between A. Legassa and L. Fisher |
| Court-093 | 2021.05.17 Email A. Legassa to L. Fisher |
| Court-094 | 2021.06.01 Email A. Legassa to L. Fisher |
| Court-095 | 2021.06.04 Email A. Legassa to L. Fisher |

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-098 | 2021.06.22 Email Chain between A. Legassa and L. Fisher |
| Court-100 | 2021.07.08 Email A. Legassa to L. Fisher |
| Court-101 | 2021.07.22 Email A. Legassa to L. Fisher |
| Court-102 | 2021.07.22 Email Chain between A. Legassa and L. Fisher |
| Court-103 | 2021.07.29 Email A. Legassa to L. Fisher |
| Court-106 | 2021.09.03 Email A. Legassa to L. Fisher |
| Court-107 | 2021.09.13 Email A. Legassa to L. Fisher |
| Court-109 | 2021.10.05 Email Chain between A. Legassa and L. Fisher |
| Court-110 | 2021.10.05 Email Chain between A. Legassa and L. Fisher |
| Court-111 | 2021.10.08 Email A. Legassa to L. Fisher |
| Court-112 | 2021.10.28 Email A. Legassa to L. Fisher |
| Court-113 | 2021.11.05 Email A. Legassa to L. Fisher |
| Court-114 | 2021.12.08 Email A. Legassa to L. Fisher |
| Court-115 | 2022.01.03 Email A. Legassa to L. Fisher |
| Court-121 | Secretary of State of Connecticut - Alley Interactive LLC |
| Court-122 | 2021.02.11 Email Chain between A. Legassa, M. Breiter, P. King |
| Court-123 | 2021.06.11 Email Chain between A. Legassa and P. King |
| Court-126 | 2021.09.23 Email Chain between A. Legassa and P. King |
| Court-127 | 2021.10.07 Email Chain between A. Legassa, M. Breiter, P. King |
| Court-129 | 2021.11.17 Email Chain between A. Legassa, M. Breiter, P. King |
| Court-130 | 2022.01.03 Email Chain between A. Legassa and P. King |
| Court-131 | 2022.01.05 Email Chain between A. Legassa, M. Breiter, P. King |
| Court-133 | 2021.09.20 Email Chain A. Legassa to R. Guilbault |
| Court-137 | 2021.11.09 Email A. Legassa to R. Guilbault |
| Court-143 | NESN- Employment Offer Letter for Ariel Legassa |
| Court-144 | NESN- ADP Pay Records for Ariel Legassa |
| Court-148 | 2021.01.29 Email Chain between A. Legassa and B.Campeau-Laurion |
| Court-149 | 2021.02.01 Email Chain between A. Legassa and B.Campeau-Laurion |
| Court-150 | 2021.02.10 Email Chain between A. Legassa and B.Campeau-Laurion |
| Court-151 | 2021.03.04 Email Chain between A. Legassa and B.Campeau-Laurion |
| Court-155 | Summary of Invoices from Alley Interactive LLC |
| Court-156 | Summary of Invoices from Alley CT |
| Court-157 | 2021.12.07 Alley NY Invoice |
| Court-162 | Summary Chart 1 |
| Court-163 | Summary Chart 2 |
| Court-164 | Summary Chart 3 |
| Court-166 | Summary Chart 5 |
| Court-167 | Summary Chart 6 |
| Court-168 | Summary Chart 7 |
| Court-169 | _Summary Chart 8 |
| Court-170 | Summary Chart 9 |
| Court-171 | _Summary Chart 10 |
| Court-173 | 2021.03.04 Email Alley Interactive to A. Legassa |
| Court-174 | 2021.03.13 Email R. Guilbault to S. McGrail |

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-176 | 2021.03.013 Email Chain between A. Legassa and R. Guilbault |
| Court-A | Verdict Form |
| Court-B | Redacted Indictment without header |
| Court-C | Jury Instructions |