## NOTE FROM THE JURY – 1:22-cr-10038-IT

WE HAVE REACHED A UNANIMOUS VERDICT.

Iván Nieves
Jury Foreperson

Date: Nov 3, 2023