Keith Lanphear
64 Paxton Ct
Goshen Ct )6756
Chefred@mail.com
860-417-8467
November 16 2023

IN CLERKS OFFICE

2023 NOV 20  PM 12: 56

The Honorable Judge Indira Talwani
Federal Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Reference: Character Reference Letter for Ariel Legassa, Case Number 1:22-cr-10038-IT

Your Honor,

I am writing this letter in support of Ariel Legassa, who is scheduled to appear before you on December 20th, 2023, in connection with case 1:22-cr-10038-IT. I have known Ariel for 14 years as a good friend. His daughter and my daughter Grew up together and went to school together at Montessori School in Northfield Ct. They became best friend and would have sleep overs, Both Families would go out to dinner together, also went to birthday parties and school events. We became really good friends for many years, he would come into my Restaurants many times a week for lunch and dinner with his family.

In the 14 Years that I have known Ariel, I have considered him an extremely hard-Working man, he worked full time at ESPN, He owned a Gym, He was a personal trainer, cyclist, runner. Ariel worked hard in the community helping people with weight loss, martial arts, He was also a Double A sky diver and squirrel suit glider professional. Ariel is a dedicated father and husband that always took care of his family and friend.

I understand the gravity of the situation and it is with full awareness that I support Ariel Legassa.

I sincerely request that you take this letter into consideration when making your sentencing decision. Ariel Legassa has a support network of friends and family, and we pledge to provide all the support he needs, Ariel has a bright future ahead of him, and I hope that a criminal record will place minimal restrictions on his future options.

Thank you for considering my perspective.

Respectfully,

Keith Lanphear