From:
Roberto Figueroa
1288 Boulevard
West Hartford CT 06119
Figueroa.roberto@sbcglobal.net
(917)592-0684
November 15th, 2023

To:
The Honorable Judge Indira Talwani
Federal Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Reference: Character Reference Letter for Ariel Legassa, Case Number 1:22-cr-10038-IT

Your Honor.

I am writing this letter in support of Ariel Legassa, who is scheduled to appear before you on December 20th, 2023, in connection with case 1:22-cr-10038-IT. I have known Ariel for 14 years as a professional colleague as well as a friend.

In the 14 years that I have known Ariel, I have considered him a trustworthy professional as well as dedicated father.
My professional relationship with Ariel gave access to his home/office space (I rented his audio studio for international voice overs) for more than 3 years where we share the same stories of hardships in raising our children on a long-distance basis due to work. Ariel always gave me the emotional support much needed in that part of my life when I needed to be away from my children due to commuting weekly coast to coast.

I understand the gravity of the situation and it is with full awareness that I support Ariel Legassa.

I sincerely request that you take this letter into consideration when making your sentencing decision. Ariel Legassa has a support network of friends and family, and we are committed to helping him pay his debt to society.

Thank you for considering my perspective.

Respectfully,

Roberto Figueroa