Frank C. Garber III
60 Black Walnut Lane
Burlington, CT 06013
garberfc@coolsite.net
860-874-2938
November 16, 2023

The Honorable Judge Indira Talwani
Federal Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**Reference:** Character Reference Letter for Ariel Legassa, Case Number 1:22-cr-10038-IT

Your Honor,

I am writing this letter in support of Ariel Legassa, who is scheduled to appear before you on December 20th, 2023, in connection with case 1:22-cr-10038-IT. I have known Ariel for 6 years as a neighbor and friend.

In the 6 years that I have known Ariel, I have considered him as a friend. He's friendly, reliable, and always willing to help a neighbor.

I understand the gravity of the situation and it is with full awareness that I support Ariel.

I sincerely request that you take this letter into consideration when making your sentencing decision. Ariel has a support network of friends and family, and we are committed to helping he and his family get through this difficult situation.

Thank you for considering my perspective.

Respectfully,

*Frank C. Garber III*

Frank C. Garber III

Frank C. Garber III
60 Black Walnut Lane
Burlington CT 06013

800-874-2938
November 16, 2023

The Honorable Judge Indira Talwani
Federal Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Reference: Character Reference Letter for Ariel Legassa, Case Number 1:22-cr-10038-IT

Your Honor,

I am writing this letter in support of Ariel Legassa, who is scheduled to appear before you on December 20th, 2023, in connection with case 1:22-cr-10038-IT. I have known Ariel for 6 years as a neighbor and friend.

In the 6 years that I have known Ariel, I have considered him as a friend. He's friendly, reliable, and always willing to help a neighbor.

I understand the gravity of the situation and it is with full awareness that I support Ariel.

I sincerely request that you take this letter into consideration when making your sentencing decision. Ariel has a support network of friends and family and we are committed to helping he and his family get through this difficult situation.

Thank you for considering my perspective.

Respectfully,