Daniel Buchanan
34 Misty Meadow Rd
Burlington, CT 06013
11/22/2023

The Honorable Judge Indira Talwani
Federal Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Reference: Character Reference Letter for Ariel Legassa, Case Number 1:22-cr-10038-IT

Your Honor,

I have known Ariel for many years as a neighbor and friend. During this time, I have found Ariel to be dedicated father. I hope you
consider leniency for the sake of his family.

Sincerely,

Daniel Buchanan