Your Honor,

I am composing this letter in aid of Ariel Legassa, who will appear before you on the 20th of December, 2023 (case number 1:22-cr-10038-IT).

I have had the pleasure of knowing Ariel for almost seven years.

My wife Elsie and I found ourselves in an unknown state on a different side of the nation due to work motives; with a baby on the way, we were a bit overwhelmed.

In this time of change and difficulty, Ariel and his wife Nilda (my coworker) were not only our friends but came to be family to us.

In this period together in Connecticut, I found Ariel to be an excellent family fan, devoted father, and loving husband.

His love for his children Nico and Juliet stood continuously on display.

Jointly, he and Nilda have brought up loving and caring individuals.

Living away from home and our friends and family while starting a family was one of the hardest things my wife and I have been through.

Whether it was the numerous dinners or get-togethers with their family or the emotional chats with Ariel about my goals, professionally and as a family man, the Legassa family has always been there for us.

In Ariel, I found a man of great character and compassion. I am proud to call him a friend.

I comprehend the gravity of the circumstances that Ariel is in, but I hope you take into consideration this letter while forming a determination on his sentencing.

We stand with his family dedicated to helping Ariel earn amends while he favorably rehabilitates himself to his community and society.

Thank you for taking the time to read and consider this plea.

Respectfully,

Herculez Gomez