Randylee Prevuznak
34 Whetstone Rd
Harwinton, CT 06791
randylee@snet.net
11/27/2023

The Honorable Judge Indira Talwani
Federal Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Reference: Character Reference Letter for Ariel Legassa, Case Number 1:22-cr-10038-IT

Your Honor,

I am writing this letter in support of Ariel Legassa, who is scheduled to appear before you on December 20th, 2023, in connection with case 1:22-cr-10038-IT. I have known Ariel for 4 years as in our connection to a Meditation group.

In the 4 years that I have known Ariel, I have considered him to be dedicated and always willing to help others with their questions or activities. Ariel has always reflected a hardworking and honest demeanor. Ariel's presence in our group has been one of positivity and contribution of self.

I understand the gravity of the situation and it is with full awareness that I support Ariel Legassa.
I find it difficult to comprehend that Ariel is facing these charges.

I sincerely request that you take this letter into consideration when making your sentencing decision. Ariel Legassa has a support network of friends and family, and we are committed to helping him to be a good father, husband and contributing member of society.

Thank you for considering my perspective.

Respectfully,

Randylee Prevuznak

*Randylee Prevuznak*