Neluzca Vasquez
30 Misty Meadow Rd
Burlington, CT 06013
347-432-4403
11/27/2023

The Honorable Judge Indira Talwani
Federal Judge
John Joseph Moakley U.S. Courthouse

Reference: Character Reference Letter for Ariel Legassa, Case Number 1:22-cr-10038-IT

Your Honor,

I am writing this letter in support of Ariel Legassa, who is scheduled to appear before you on December 20th, 2023, in connection with case 1:22-cr-10038-IT. I have known Ariel for 2 years as a neighbor and friend.

In the two years that I have known Ariel, I have considered him a good hardworking neighbor, father and friend. Ariel and his family welcomed me and my family to the neighborhood with open arms and were very caring towards my family. Anything that we needed assistance with maneuvering in the new neighborhood Ariel has always offered to help openly.

I understand the gravity of the situation and it is with full awareness that I support Ariel Legassa.

I sincerely request that you take this letter into consideration when making your sentencing decision. Ariel Legassa has a support network of friends and family, and we are committed to helping him positively make amends.

Thank you for considering my perspective.

Respectfully,

*[signature]*

Neluzca Vasquez

The Honorable Judge Indira Talwani
Federal Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachussetts 02210