**Alissa Monteleone & Daniel Banks**
47 High Street
Thomaston CT  06787
11.27.2023

**The Honorable Judge Indira Talwani**
**Federal Judge**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Reference: Character Reference Letter for Ariel Legassa, Case Number 1:22-cr-10038-IT

Your Honor,

We are writing this letter in support of Ariel Legassa, who is scheduled to appear before you on December 20th, 2023, in connection with case 1:22-cr-10038-IT. We have known Ariel and his family for 12 years and have spent time together as family friends throughout.

In the 12 years that we have known Ariel, we have considered him kind, generous and full of life.  We shared many family adventures with Ariel's family and spent many a New Year's Eve's in the Legassa home sharing friendship, fabulous food, and many memories.

We understand the gravity of the situation and while we hold Ariel accountable for his actions, we also recognize the importance his presence has on his 3 sons, daughter and wife.

We request that you take this letter into consideration when making your sentencing decision. Ariel has a support network of friends and family, who are committed to helping him make amends and find the grace he needs to be present for his children and wife.

Respectfully,

Alissa Monteleone & Daniel Banks