PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

Ariel Legassa          Docket No. 0101 1:22CR10038

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant Ariel Legassa , who was placed under pretrial release supervision by the Honorable Robert A. Ricahrdson, U.S. Magistrate Judge in the District of Connecticut on 2/2/2022 under conditions, with a $75,000 appearance bond, secured by two car titles and a plane title.

On February 22, 2022, Mr. Legassa made his initial appearance before the Honorable David H. Hennessey, U.S. Magistrate Judge in the District of Massachusetts pursuant to Rule 5. Mr. Legassa was ordered released on the same conditions previously imposed as follows:

1. Submit to supervision of U.S. Pretrial Services and report as directed.
2. Continue or actively seek employment.
3. Surrender passport.
4. Obtain no new travel documents.
5. Travel is restricted to Connecticut, as well as Massachusetts for court purposes.
6. No association with victim, witness or codefendants.
7. Not to possess firearm, destructive device or other weapons.
8. No excessive use of alcohol.
9. Report any contact with law enforcement.
10. Surrender Pilot's license.

On May 9, 2022, Mr. Legassa appeared before Judge Hennessy for a Motion Hearing. The defendant was permitted to drive to New York to transport his children for sporting activities and was permitted as an Uber driver to cross the border to New York to conduct Uber. The defendant did not have to ask Probations permission every time to travel for those reasons.

On October 30, 2023, Mr. Legassa's jury trial began.

On November 3, 2023, Mr. Legassa was found guilty on counts 1 through 10.

Mr. Legassa's sentencing is scheduled for December 20, 2023.

1

*And respectfully seeks action by the Court and for cause as follows:*

On December 1, 2023, this officer was informed by the government that Mr. Legassa had been violating the condition of his pretrial release, "The defendant shall avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including co-defendants" by contacting an employee of NESN, a victim or potential witness in the case.

The government provided screenshots of communication between Mr. Legassa and Sergia Dupoux from November 7, 2023, and another date identified on the messages as "Monday." In these messages on November 7, Mr. Legassa requests Ms. Dupoux's e-mail address to share a letter with her that he is sending to his family and friends. Mr. Legassa states that she may be able to share some memories or experiences working with him. On the date identified as "Monday," he requests that she write him a letter setting forth her experience working with him. The government provided an e-mail sent from Mr. Legassa to Ms. Dupoux on November 7, 2023, at 1:13 PM, with a sample character reference letter included. On November 20, 2023, Mr. Legassa sent another e-mail to Ms. Dupoux requesting that she provide a character reference letter with the sample attachment included. On November 28, 2023, Mr. Legassa messaged Ms. Dupoux through LinkedIn.

Mr. Legassa's Pretrial Services Officer in the District of Connecticut, Ryan Skal, will review Mr. Legassa's conditions of release with him and have Mr. Legassa re-sign his conditions of release. PSO Skal will redirect Mr. Legassa that any employee of NESN may be a victim or potential witness in the case. PSO Skal will direct him to seek the advice of counsel should he want to contact someone from NESN in the future.

The purpose of this petition is to notify Your Honor of the conduct and our response. Our office is not seeking court action at this time.

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

- ☐ Issue a warrant.
- ☐ Issue a summons for the defendant to appear for a show cause hearing.
- ☒ Other: No action

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 12/1/2023             Place: Taunton, Massachusetts

/s/Jessica Turkington             Date: 12/4/2023
Jessica Turkington
Senior U.S. Probation Officer

2

ORDER OF COURT

- ☐ Warrant to issue.
- ☐ Summons to issue. Clerk to schedule show cause hearing.
- ☒ No Action
- ☐ Other

Considered and ordered this ___8th___ day of ___December___, 2023, and ordered filed and made part of the record in the above case.

*/s/ Indira Talwani*
Honorable Indira Talwani
U.S. District Judge