

## Big Favor

**Ariel Legassa** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                                       Tue, Nov 7, 2023 at 1:13 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear ▮▮▮▮

I am writing to you under circumstances I never imagined, after a long period of silence and distance. It is difficult to find the right words without being able to look you in the eyes, but I need you to know what is happening in my life.

I will briefly tell you about my situation.

In 2020, during the pandemic, I joined a corporation in Boston as head of the digital department. In those turbulent times, I made a decision that will weigh on me forever.

I blindly trusted the CEO and CFO, without signing contracts or taking legal precautions. Everything went wrong and, at the beginning of 2022, I not only lost my job, but also faced criminal and civil lawsuits.

The last two years have been like a movie: fighting against some of the most powerful lawyers in the world. Last week, after an exhausting trial and with the help of a public defender, a jury found me guilty.

This verdict has been devastating, a turn that has transformed my reality into a nightmare.

On December 20th, I must appear before the judge who will decide my fate. My lawyer will argue for a minimum sentence, but the outcome is uncertain.

That is why I am contacting you, to ask you a big favor: I will need you to draft a character reference letter by the end of November, that can offer the judge a more human perspective on who I really am. Below I will send you a model to guide you.
The letter is completely confidential and is only for the judge.

I am willing to accept the consequences of my actions, but I also need to minimize the impact on my family.

You may read about my case in the press, but many of those stories are exaggerated and I cannot counter them.

Thank you for listening to me. I hope to be able to speak with you soon.

Ariel

— Sample letter —

[Your Full Name]
[Your Address]
[City, State, Zip Code]
[Email Address]
[Phone Number]
[Today's Date]

The Honorable Judge Indira Talwani
Federal Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Reference: Character Reference Letter for Ariel Legassa, Case Number 1:22-cr-10038-IT

Your Honor,

I am writing this letter in support of Ariel Legassa, who is scheduled to appear before you on December 20th, 2023, in

connection with case 1:22-cr-10038-IT. I have known Ariel for [Number of Years] as [describe your relationship, for example, friend, colleague, etc.].

In the [Number of Years] that I have known Ariel, I have considered him [describe positive traits, for example, 'trustworthy', 'hardworking', 'compassionate', 'dedicated father', 'active community member', etc.]. [Give specific examples of good deeds, behaviors, or positive aspects of his character, or a story that reflects who Ariel is.]

I understand the gravity of the situation and it is with full awareness that I support Ariel Legassa.

I sincerely request that you take this letter into consideration when making your sentencing decision. Ariel Legassa has a support network of friends and family, and we are committed to helping him [for example, 'make amends', 'continue rehabilitation', 'positively contribute to society', etc.].

Thank you for considering my perspective.

Respectfully,

[Your Signature]
[Your Printed Name]