UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.   22-CR-10038-IT |
| | ) | |
| ARIEL LEGASSA | ) | |

**Motion for Leave to File Sentencing Memorandum Two Days Late**

Defendant Ariel Legassa hereby moves for leave to file his Sentencing Memorandum two days late. Pursuant to the court's Amended Procedural Order re: Sentencing dated November 7, 2023, Mr. Legassa's sentencing Memorandum was due seven days prior to the scheduled sentencing hearing. Other professional and personal obligations prevented undersigned counsel from complying with that deadline. For those reasons, Mr. Legassa seeks leave to file his sentencing memorandum two days late.

ARIEL LEGASSA
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
33 Bradford St
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com

1

Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 22, 2024.

/s/ *E. Peter Parker*
E. Peter Parker