**Ariel Legassa**

02/07/24

**The Honorable Judge Indira Talwani**
**Federal Judge**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**Reference:** Character Reference Letter for Ariel Legassa, Case Number 1:22-cr-10038-IT

Your Honor,

I am Ariel Legassa, writing in connection with Case #1:22-cr-10038-IT. I humbly request your compassionate consideration for clemency. On November 3rd, 2023, I was convicted in your courtroom, a verdict that has deeply affected my family and me.

I fully acknowledge the severity of my actions and their consequences. Prior to this, I had lived as a law-abiding citizen, and this incident is a stark contrast to my lifelong values.

The past two years have been extraordinarily challenging for us. I have lost my career in digital technology within the sports network industry, significantly impacting our family's stability. This hardship has been a catalyst for significant personal growth. I am currently engaged in family counseling and pursuing a bachelor's degree in health science, aiming to start a new career as an acupuncturist.

The emotional toll on my family has been immense. My son Bautista, who resides with us, suffers from severe anxiety episodes. Similarly, my daughter, who is in college, experiences acute anxiety attacks. My wife, Nilda, currently unemployed, has been shouldering these burdens alongside the stress of my conviction. Our family is in a state of profound distress, and we are striving to navigate these turbulent times together.

As a father and a husband, I am deeply pained by the anguish my actions have caused my loved ones. I respectfully plead for your mercy, not only for myself but for the well-being of my family. We are in dire need of your clemency to rebuild and heal from these trying circumstances.

Throughout the trial, your fairness and objectivity were clearly evident, and for that, I am immensely grateful. I am acutely aware of the gravity of my actions and am committed to making amends and seizing any opportunity for a second chance.

With the highest regard and respect,

**Ariel Legassa**