UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of Ameroca v. Ariel Legassa

District Court Number: 22cr10038-IT

Fee:   Paid?   Yes ____   No _X_   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending   Yes ____ No _X_         Sealed documents   Yes _X_ No ____
*If yes, document #*                       *If yes, document #*   26,48,64,65,66,72,174

*Ex parte* documents   Yes _X_ No ____    Transcripts   Yes _X_ No ____
*If yes, document #*   90,91,94,96        *If yes, document #*   132,140-144

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#173 Judgment, #175 Amended Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#168, #173, and #175

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __168__ filed on February 28, 2024.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 1, 2024.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**