UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 22-CR-10038-IT |
| | ) | |
| ARIEL LEGASSA, | ) | |
| Defendant. | ) | |

## DECLARATION OF CAROL E. HEAD REGARDING SERVICE OF PROCESS

I, Carol E. Head make the following declaration:

1. I am an Assistant United States Attorney. I represent the United States of America in this case.

2. I hereby certify that the following individuals/entities have been served a certified copy of the Preliminary Order of Forfeiture (Docket No. 170), issued by the Court on February 29, 2024, pursuant to 21 U.S.C. § 853(n)(1):

   a) Ariel Legassa, Burlington, CT 06013;

   b) Ariel Legassa 84414-509, FMC Devens, 42 Patton Road, Ayer, MA 01432;

   c) E. Peter Parker, Esq., 33 Bradford Street, Concord, MA 01742;

   d) E. Peter Parker, Esq., 151 Merrimac Street, Boston MA 02114;

   e) Nilda Legassa, Burlington, CT 06013;[1]

   f) Christina Lindberg, Esq., Miner Siddall LLP, 101 Federal Street, Suite 650, Boston, MA 02110;

   g) Wells Fargo Auto, P.O. Box 997517, Sacramento, CA 95899-7517; and

   h) Robertson Airport, 62 Johnson Avenue, Plainville, CT 06062;

Attached as Exhibit A are the USPS Domestic Return Receipts reflecting service.

---

[1] The return receipt for this individual/entity indicates that the mail was returned to sender. The individual/entity was subsequently served by First Class mail, which was not returned to sender.

3.       I also certify that counsel for the Defendant has been served a copy of the Preliminary Order of Forfeiture via the Electronic Case Filing system (ECF), in accordance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(D), incorporating Supplemental Rule G(4)(b)(iv), which provides for service by electronic mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.  Executed this 20th day of September 2024 in Boston, Massachusetts.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney,

By:    /s/ Carol E. Head
CAROL E. HEAD
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

Dated: September 20, 2024