# EXHIBIT A

ALERT: FLOODING AND SEVERE WEATHER IN T[...]

# USPS Tracking®

**Tracking Number:**

9589071052700731649933

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

*[Certified Mail Receipt shown: tracking number 9589 0710 5270 0731 6499 33, Sent To: Ariel Legassa, Burlington, CT 06013]*

## Latest Update

Your item has been delivered to the original sender at 11:41 am on June 14, 2024 in BOSTON, MA 02210.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, To Original Sender**
BOSTON, MA 02210
June 14, 2024, 11:41 am

**Arrived at USPS Regional Facility**
BOSTON MA DISTRIBUTION CENTER
June 13, 2024, 2:48 pm

**Unclaimed/Being Returned to Sender**
BURLINGTON, CT 06013
June 3, 2024, 12:40 pm

**Notice Left (No Authorized Recipient Available)**
BURLINGTON, CT 06013
May 24, 2024, 3:41 pm

**In Transit to Next Facility**
May 23, 2024

**Unclaimed/Being Returned to Sender**

BURLINGTON, CT 06013
May 20, 2024, 10:01 am

**Reminder to Schedule Redelivery of your item**

May 4, 2024

**Notice Left (No Authorized Recipient Available)**

BURLINGTON, CT 06013
April 29, 2024, 5:57 pm

**Departed USPS Regional Facility**

HARTFORD CT DISTRIBUTION CENTER
April 27, 2024, 10:21 pm

**Arrived at USPS Regional Facility**

HARTFORD CT DISTRIBUTION CENTER
April 27, 2024, 10:20 pm

**Arrived at USPS Regional Facility**

BOSTON MA DISTRIBUTION CENTER
April 26, 2024, 10:49 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

ALERT: FLOODING AND SEVERE WEATHER IN

# USPS Tracking®

**Tracking Number:**

**9589071052700731649926**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $          Postmark
☐ Certified Mail Restricted Delivery $        Here
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees
$ 9589 0710 5270 0731 6499 26

Sent To Amel Legassa - FMC Devens
Street and Apt. No., or PO Box No. 42 Patten Road
City, State, ZIP+4® Ayer, MA 01432

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

## Latest Update

Your item has been delivered and is available at a PO Box at 7:26 am on April 29, 2024 in AYER, MA 01432.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, PO Box**
AYER, MA 01432
April 29, 2024, 7:26 am

### Arrived at Post Office
AYER, MA 01432
April 29, 2024, 7:16 am

### Arrived at USPS Regional Facility
SHREWSBURY MA DISTRIBUTION CENTER
April 27, 2024, 7:42 am

### Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER
April 26, 2024, 10:46 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ariel Legassa 84414-509
FMC Devens
P.O. Box 879
Ayer, MA 01432

9590 9402 8538 3186 4450 25

2. Article Number (Transfer from service label)

9589 0710 5270 0731 6498 03

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): J. Dircnzo
C. Date of Delivery: 4/29/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage
$
Total Postage and Fees
$ 9589 0710 5270 0731 6498 03

Sent To: Ariel Legassa 84414-509
Street and Apt. No., or PO Box No.: FMC Devens - P.O. Box 879
City, State, ZIP+4®: Ayer, MA 01432

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 0731 6498 03



**UNITED STATES ATTORNEY'S OFFICE**
DISTRICT OF MASSACHUSETTS
JOHN J. MOAKLEY COURTHOUSE,
SUITE 9200
1 COURTHOUSE WAY
BOSTON, MA 02210

OFFICIAL BUSINESS



E. Peter Parker, Esq.
Law Office of E. Peter Parker
151 Merrimac Street
Boston, MA 02



NIXIE        015    DE 1        0006/21/23
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 02210301100        *0821-00914-25-45

ALERT: FLOODING AND SEVERE WEATHER IN TH

# USPS Tracking



**Tracking Number:**

9589071052700731649964

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to the original sender at 11:41 am on June 14, 2024 in BOSTON, MA 02210.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, To Original Sender**
BOSTON, MA 02210
June 14, 2024, 11:41 am

### Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER
June 13, 2024, 2:48 pm

### Unclaimed/Being Returned to Sender
BURLINGTON, CT 06013
June 3, 2024, 12:40 pm

### Notice Left (No Authorized Recipient Available)
BURLINGTON, CT 06013
May 24, 2024, 3:41 pm

### In Transit to Next Facility
May 23, 2024

### Unclaimed/Being Returned to Sender

- BURLINGTON, CT 06013
  May 20, 2024, 10:01 am

- **Reminder to Schedule Redelivery of your item**
  May 4, 2024

- **Notice Left (No Authorized Recipient Available)**
  BURLINGTON, CT 06013
  April 29, 2024, 5:57 pm

- **Departed USPS Regional Facility**
  HARTFORD CT DISTRIBUTION CENTER
  April 27, 2024, 10:21 pm

- **Arrived at USPS Regional Facility**
  HARTFORD CT DISTRIBUTION CENTER
  April 27, 2024, 8:53 pm

- **Arrived at USPS Regional Facility**
  BOSTON MA DISTRIBUTION CENTER
  April 27, 2024, 1:13 am

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ︿

Track Another Package

Enter tracking or barcode numbers







**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wells Fargo Auto
P.O. Box 997517
Sacremento, CA 95899-7517

9590 9402 8538 3186 4451 55

2. Article Number (Transfer from service label)

9589 0710 5270 0731 6497 80

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X B_____ M____
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Ben

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$ 9589 0710 5270 0731 6497 80

Sent To  Wells Fargo Auto
Street and Apt. No., or PO Box No.  P.O. Box 997517
City, State, ZIP+4  Sacremento, CA 95899-7517

Postmark Here

9589 0710 5270 0731 6497 80

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robertson Airport
   62 Johnson Ave
   Plainville, CT 06062

9590 9402 8538 3186 4451 62

2. Article Number (Transfer from service label)

   9589 0710 5270 0731 6497 97

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Lynn Michael
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$ 9589 0710 5270 0731 6497 97

Sent To Robertson Airport
Street and Apt. No., or PO Box No. 62 Johnson Ave
City, State, ZIP+4® Plainville, CT 06062

Postmark Here

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0731 6497 97