UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 22-CR-10038-IT |
| ) | |
| ARIEL LEGASSA, ) | |
| Defendant.   ) | |

**FINAL ORDER OF FORFEITURE**

**TALWANI, D.J.**

WHEREAS, on February 29, 2024, this Court issued a Preliminary Order of Forfeiture against the following property, in connection with the charges against the defendant Ariel Legassa (the "Defendant"), pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

a. $46,000 in funds held in or on behalf of American Broadcast Employees Federal Credit Union Prime share accounts ending in x4170, seized on March 29, 2022 (the "$46,000 seized from the 4170 Account");

b. A 2020 Tesla Model 3, bearing vehicle identification number 5YJ3E1EB4LF639020, seized on April 11, 2022 (the "Tesla"); and

c. A 1972 Piper Aircraft with model number PA-28R-200 bearing serial number 28-R-7335039, seized on April 11, 2022 (the Piper Aircraft")

(collectively, the "Properties");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on March 20, 2024 and ending on April 18, 2024;

WHEREAS, no claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

  2. The United States of America is now entitled to the forfeiture of all rights, title or interests in the Properties, which are hereby forfeited to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

  3. All other parties having any rights, title or interests in the Properties are hereby held in default.

  4. The United States is hereby authorized to dispose of the Properties in accordance with applicable law.

  5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

                **INDIRA TALWANI**
                United States District Judge

Dated: _____